**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――x
In Re:                                          Chapter 7

ARLENE NEWLAND,

                Debtor                  Case No. 08-23457(rdd)
―――――――――――――――――――x

## **Order & Judgment**

Upon the application of the above-named debtor for an order enforcing the automatic stay under 11 U.S.C. § 362(a) and for sanctions under 11 U.S.C. § 362(a); and, after due and sufficient notice to Orange and Rockland Utilities, Inc., there being no opposition to the application; and, upon the record of the May 13, 2009 hearing on the application, which was attended by the debtor and her counsel but not attended by Orange and Rockland Utilities, Inc. or its counsel, the Court having found that Orange and Rockland Utilities, Inc. has willfully violated the automatic stay under 11 U.S.C. § 362(a) by attempting to collect prepetition, debt and that such violation appears to entail a concerted and systematic practice to recharacterize such debt in its postpetition invoices in a misleading; and the Court having directed counsel for the debtor to supplement the application with an itemization of his time spent and expenses incurred in connection with this matter, which counsel filed on May 28, 2009; and good and sufficient cause appearing therefor

IT IS HEREBY ORDERED:

        1.        The application is granted as provided herein.

        2.        Judgment is hereby entered against Orange and Rockland Utilities, Inc. in favor of the debtor, Arlene Newland in the amount of $500.00. This judgment may be satisfied by a credit against the debtor's utility bill from Orange and Rockland Utilities, Inc.

3. Judgment is hereby entered against Orange and Rockland Utilities, Inc., in favor of Joshua N. Bleichman in the amount of $2,771.10 for attorney fees and expenses incurred on behalf of the debtor in connection with this matter.

4. Orange and Rockland Utilities, Inc. will be liable to the debtor, Arlene Newland in the amount $1000.00 per day as additional sanctions until the debtor account reflects her current balance and Orange and Rockland Utilities, Inc. ceases to attempt to collect any prepetition amounts owed by the debtor in the form of additional deposits or payments or otherwise.

Dated: May 28, 2009
       New York, New York

                                        /s/ Robert D. Drain
                                        Hon. Robert D. Drain
                                        U.S. Bankruptcy Judge