UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :    Chapter 7
ARLENE NEWLAND,                                                  :
                                                                 :    Case No. 08-23457 (RDD)
                                                                 :
                         Debtor.                                 :
---------------------------------------------------------------- x

# ORDER DENYING DEBTOR'S MOTION FOR
# ENFORCEMENT OF ORDER AND SANCTIONS

Upon the Debtor's motion (the "Motion") dated September 21, 2009 of the above debtor (the "Debtors") for an order enforcing the Court's order dated May 28, 2009 against Orange & Rockland Utilities (the "May Order") and sanctioning Debtor's counsel, for the reasons stated in the Motion; and the Court having reviewed the opposition to the Motion; and the Court having held a hearing thereon on November 3, 2009; and it appearing for the reasons stated by the Court at the hearing that Orange & Rockland Utilities has materially complied with the May Order and the other directives of the Court, including by entering into the proposed stipulation executed by the Debtor's Counsel and that the Debtor's counsel has reasonably ensured such compliance in the Debtor's interests, it is hereby

**ORDERED**, that Debtor's Motion is denied.


Dated: New York, New York
       November **3**, 2009


                                          /s/ Robert D. Drain
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE